# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff, : Case No. 3:06-cr-045
                                Also 3:07-cv-374

                                        District Judge Walter Herbert Rice
-vs-                                Magistrate Judge Michael R. Merz

                                :

GERARDO BRISENO-FRAGOSO,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 95), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 11, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's Motion under 28 U.S.C. § 2255 be, and it hereby is, denied with prejudice. Because reasonable jurists would not disagree with this result, he is also be denied leave to appeal *in forma pauperis* and any requested certificate of appealability.

December 19, 2008.

                                                           Walter Herbert Rice
                                                           United States District Judge